IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:15-CR-236 |
| **v.** | : | |
| **ANDREW PERSAUD** | : | Judge Sylvia H. Rambo |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERD** as follows:

1) The petition filed pursuant to 28 U.S.C. § 2255 is **GRANTED**. (Doc. 42.)

2) Andrew Persaud's sentence issued on October 24, 2016 is **VACATED**. (Doc. 39.)

3) The Clerk of Court shall re-enter Andrew Persaud's sentence as of today so that he has the opportunity to file a direct appeal.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: December 15, 2017